**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-00830-REB-CBS

VIDEO PROFESSOR, INC., a Colorado corporation,

    Plaintiff,

v.

RON CLEVENGER, an individual,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Notice of Dismissal** [#10] filed August 3, 2009. After careful review of the notice and the file, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Notice of Dismissal** [#10] filed August 3, 2009, is **APPROVED**; and

    2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated August 10, 2009, at Denver, Colorado.

                        BY THE COURT:

                        */s/ Robert E. Blackburn*
                        Robert E. Blackburn
                        United States District Judge